**Fill in this information to identify your case:**

Debtor 1: Kimberly Clayton-Cole
Debtor 2: Daniel James Michael Cole

United States Bankruptcy Court for the _____ District of _____

Case number: 20-10128-MER

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: ADP LLC - Wage garnishments<br>Description of property securing debt: bank account | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☒ Retain the property and [explain]: wage garnishment | ☐ No<br>☒ Yes |
| Creditor's name: Affordable Mortgage Solutions<br>Description of property securing debt: Family home of residence 3916 South Lincoln St Englewood Co 80113 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Creditor's name: BridgeCrest Acceptance<br>Description of property securing debt: 2018 Chevrolet Impala | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Creditor's name: Colorado Department of Revenue<br>Description of property securing debt: bank accounts 3916 South Lincoln St Englewood Co 80113 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☒ Retain the property and [explain]: discharge debt!! | ☐ No<br>☐ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1: Briany Chapiar-Cole

Case number (if known): 20-10128-MER

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases | Will the lease be assumed?

Lessor's name: Englewood Utilities
Description of leased property: Public Service provider
☐ No  ☐ Yes

Lessor's name: Hillcrest Davidson & Assoc
Description of leased property:
☐ No  ☐ Yes

Lessor's name: Progressive Insurance
Description of leased property:
☐ No  ☐ Yes

Lessor's name: Sprint Wireless
Description of leased property:
☐ No  ☐ Yes

Lessor's name: Southwest Credit
Description of leased property:
☐ No  ☐ Yes

Lessor's name: Waste Connections Colorado
Description of leased property:
☐ No  ☐ Yes

Lessor's name: Xcel energy
Description of leased property:
☐ No  ☐ Yes

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _[signature]_
Signature of Debtor 1
Date 01/16/2020

X _[signature]_
Signature of Debtor 2
Date 01/16/2020

Official Form 108 — Statement of Intention for Individuals Filing Under Chapter 7 — page 2

Debtor 1 ___Phuny___ _____ ___Clayton-Cole___   Case number (if known) __20-10128-MER__
            First Name   Middle Name   Last Name

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____    X _____
Signature of Debtor 1              Signature of Debtor 2

Date 01/16/2020                    Date 01/16/2020
    MM / DD / YYYY                         MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1       Chapter 7 Statement of Your Current Monthly Income       page 3

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 2/3/2020 6:35:43 PM

User Information

rhainy clayton-cole
3916 south lincoln street
englewood
CO
80113

heruclan3916@gmail.com
720-384-8569